IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02290-RPM

JUAN VALTIERRA,

    Plaintiff,

vs.

W. JOE SHAW, LTD.,
FALL ARREST SYSTEMS, INC., and
BACOU-DALLOZ FALL PROTECTION, INC.,

        Defendants.

---

## ORDER AMENDING SCHEDULING ORDER

---

Pursuant to the Joint Motion to Amend Scheduling Order (Doc. #19), filed on April 6, 2007, it is

ORDERED that the motion is granted extending the following new deadlines:

    (a)    expert disclosures–July 6, 2007;

    (b)    rebuttal expert disclosures–August 6, 2007;

    (c)    discovery cut-off–September 3, 2007; and

    (d)    dispositive motions–October 5, 2007.

Dated: April 10th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge