**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 06-cv-02290-RPM**

JUAN VALTIERRA,

Plaintiff,

v.

W. JOE SHAW, LTD., FALL ARREST SYSTEMS, INC., and BACOU-DALLOZ FALL PROTECTION, INC.,

Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

By stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this matter is hereby dismissed with prejudice.

SO ORDERED this 12th day of July, 2007.

BY THE COURT:

s/Richard P. Matsch
_____
District Judge